IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  4:20-cv-185 |
| | § | |
| GERMANTOWN PROFESSIONAL PHARMACY, LLC d/b/a GERMANTOWN PROFESSIONAL PHARMACY & COMPOUNDING AND HOSSEIN ZAMANI | § § § § § § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF GALDERMA LABORATORIES, L.P.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

As required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.1(3), Plaintiff Galderma Laboratories, L.P. ("Galderma") makes the following disclosure statement:

Galderma Laboratories, L.P. is a subsidiary owned by Galderma Limited LLC and Galderma General, LLC. No publicly-held corporation directly owns 10% or more of Galderma Laboratories, L.P.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Defendant Germantown Professional Pharmacy, LLC d/b/a Germantown Professional Pharmacy & Compounding;

2. Defendant Hossein Zamani; and

3. Plaintiff Galderma Laboratories, L.P.

Respectfully submitted,

*/s/ David J. Drez III*
David J. Drez III
State Bar No. 24007127
david.drez@wickphillips.com
Lauren K. Drawhorn
State Bar No. 24074528
lauren.drawhorn@wickphillips.com
Schyler P. Parker
State Bar No. 24092937
schyler.parker@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Facsimile: (817) 332-7789

**ATTORNEYS FOR PLAINTIFF**
**GALDERMA LABORATORIES, L.P.**